

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Breanna Spencer,                              * From the 35th District
                                               Court of Brown County,
                                               Trial Court No. CR21995.

Vs. No. 11-13-00008-CR                        * March 5, 2015

The State of Texas,                           * Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.